STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI M. FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507

Counsel for Defendant

FILED

Dec 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.:  4:20-mj-71869-MAG |
|---|---|
| Plaintiff, | **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |
| v. | |
| DONALD MURRAY JR., | |
| Defendant. | |

   I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf.  I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel.  I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____        12-18-2020        _____
Defendant                                      Date                               Time

_[signature]_                                  12-18-2020        _____
Assistant Federal Public Defender              Date                               Time

ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS